UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM J. EINHORN, ADMINISTRATOR, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CONNOR and DONNA CONNOR,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 18-mc-91314-LTS |

ORDER ON REPORT AND RECOMMENDATION (DOC. NO. 25)

February 2, 2021

SOROKIN, J.

Plaintiff William J. Einhorn filed a Motion for Contempt against Defendant James Connor (Doc. No. 20). The Court referred this motion to Magistrate Judge Cabell, who has now issued a Report and Recommendation (Doc. No. 25). No objection or response to the Report and Recommendation has been received and the time for doing so has expired. The Report and Recommendation certifies facts supporting contempt and recommends that the Court (1) allow the motion for contempt in part; (2) schedule a hearing for Defendant James Connor to appear, with a capias warrant to issue if Defendant fails to appear; and (3) award Plaintiff's fees for the motion for contempt. After de novo review, the Court ADOPTS the Report and Recommendation (Doc. No. 25) in all respects, ALLOWS IN PART the Motion for Contempt (Doc. No. 20) as set forth in the Report and Recommendation, and REFERS this matter to Magistrate Judge Cabell, specifically authorizing him to hold the supplementary process hearing,

2

to issue a capias warrant if Defendant fails to appear after notice, and to take such further action as necessary to implement the foregoing. In addition, Plaintiff shall submit its request for fees to Magistrate Judge Cabell for review and approval or recommendation for approval.

SO ORDERED.

  /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge